## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JOHN STEVENS,                                     :

                          3:20-CV-1911

        Plaintiff                        :

        v.

                      :      (JUDGE MANNION)

JESSI SULLUM, *et al.*,                          :

        Defendants                     :

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The DA defendants' motion for a protective order, **(Doc. 16)**, staying discovery pending resolution of their motion to dismiss Stevens' amended complaint, is **DENIED** and, discovery shall continue pursuant to the court's scheduling order, **(Doc. 22)**.

2. All of Stevens' claims under §1983 against the DA defendants, to the extent that they are asserted against

them in their official capacity, are **DISMISSED WITH PREJUDICE.**

3. Stevens' claims for punitive damages against Lackawanna County, and against the DA defendants in their official capacity, are **DISMISSED WITH PREJUDICE.**

4. Stevens' claims for violations of his rights under the 5th Amendment are **DISMISSED WITH PREJUDICE.**

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 14, 2021**
20-1911-01-ORDER