# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN STEVENS, | : |
| | :     3:20-CV-1911 |
|    Plaintiff | : |
| v. | : |
| | :     (JUDGE MANNION) |
| JESSI SULLUM, *et al.*, | : |
|    Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The objection by Valera's counsel to the questioning on her notes at deposition is **OVERRULED**.

2. Plaintiff is permitted to re-depose Ms. Valera with the ability to ask about her notes at issue.

3. Plaintiff is directed to re-depose Ms. Valera **within 30 days** of the date of this Order.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: July 2, 2021
20-1911-03-ORDER