**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN STEVENS,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:20-1911 |
| v. : | (JUDGE MANNION) |
| **JESSI SULLUM,** *et al.,* : | |
| Defendants : | |

## ORDER

In accordance with the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT** DA defendants' Appeal, **(Doc. 95)**, of Judge Mehalchick's September 6, 2022, discovery Order, **(Doc. 93)**, is **DENIED**, and Judge Mehalchick's Order is **AFFIRMED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 25, 2023**
20-1911-06-ORDER